# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-1161 PA (DTBx) | Date | September 26, 2013 |
|---|---|---|---|
| Title | Joe Charters, et al. v. Johnson Lambert, LLP | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Complaint filed by plaintiffs Joe Charters ("Charters") and David Adamic ("Adamic"), individually and as representatives of a class of persons similarly situated, ("Plaintiffs") on June 28, 2013. The Complaint alleges claims for negligence, negligent non-disclosure, aiding and abetting, aiding and abetting conversion, and unjust enrichment. The Complaint alleges that plaintiff Charters is a citizen of Florida and that plaintiff Adamic is an individual residing in California. The Complaint further alleges that venue is proper in the Central District of California because plaintiff Adamic received much of the information related to this claim in this district and made the contributions that are the subject of this claim in this district. Other than those facts, the Complaint does not allege facts to show that the claims arose in this judicial district. Plaintiffs allege that defendant Johnson Lambert, LLP created false audit reports and that its principal office is located in Arlington Heights, Illinois.

The Court orders the parties to show cause, in writing not to exceed 15 pages, why this action should not be transferred to another forum for the convenience of the parties and witnesses, and in the interests of justice. See 28 U.S.C. §§ 124(a), 1404(a). All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence. To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

1.  Whether this action could have been brought in Illinois;

2.  Whether venue is appropriate in a venue other than the Central District of California ("Central District");

3.  What contacts, if any, each of the parties has to the Central District and any other appropriate venue;

4.  What connection Plaintiffs' causes of action have to the Central District, Illinois, and any other appropriate venue;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1161 PA (DTBx) | Date | September 26, 2013 |
|---|---|---|---|
| Title | Joe Charters, et al. v. Johnson Lambert, LLP | | |

5.    Which witnesses are expected to be called and where they reside;

6.    The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to any other appropriate venue;

7.    The ease of access to sources of proof in each of the forums; and

8.    The expected difference in the cost of litigation in the Central District as compared to any other appropriate venue; and

Plaintiffs shall file their response no later than October 11, 2013.  Defendant's response, if any, shall be filed no later than October 15, 2013.  Failure to timely respond to this order to show cause may result in the imposition of sanctions, including the dismissal of this action without prejudice.

IT IS SO ORDERED.